**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6417

WELDON EUGENE HOLTZCLAW, JR.,

Petitioner - Appellant,

v.

WARDEN OF THE GREENVILLE COUNTY DETENTION CENTER,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:24-cv-07496-DCC)

Submitted:  November 25, 2025                    Decided:  January 9, 2026

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's text order denying his postjudgment motion to amend his 28 U.S.C. § 2254 petition. We have reviewed the record and discern no abuse of discretion. *See Adbul-Mumit v. Alexandria Hyundai, LLC*, 896 F.3d 278, 293 (4th Cir. 2018) (stating standard of review). Accordingly, we affirm the district court's order. *Holtzclaw v. Warden of Greenville Cnty. Det. Ct.*, No. 6:24-cv-07496-DCC (D.S.C. May 5, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*